642

No. 791.   SIMPSON ET AL. *v.* DYER ET AL.   February 28, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *George T. Simpson, pro se.*   No appearance for respondents. ▮

No. 719.   PRATT *v.* UNITED STATES.   February 28, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. James J. Laughlin* for petitioner.   No appearance for the United States.

No. 799.   BROWN *v.* BROWN.   February 28, 1938.   Petition for writ of certiorari to the Superior Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. James Yearsley* for petitioner.   No appearance for respondent. ▮

No. 727.   UNITED STATES *v.* BAKER ET AL.   February 28, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   MR. JUSTICE REED took no part in the consideration or decision of this application.   *Acting Solicitor General Bell* for the United States.   *Mr. A. G. Bush* for respondents. ▮